825 A.2d 1135

IN THE MATTER OF JEFFREY D. SERVIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 029261976).

June 24, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–431, concluding that **JEFFREY D. SERVIN** of **CAMDEN,** who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of three months for violating *RPC* 5.5(a) and *Rule* 1:21–1(a) (failure to maintain a *bona fide* office);

And the Disciplinary Review Board having further concluded that prior to reinstatement to practice, respondent should be required to submit to the Office of Attorney Ethics proof that he maintains a *bona fide* office in New Jersey;

And good cause appearing;

It is ORDERED that **JEFFREY D. SERVIN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 21, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that prior to reinstatement to practice, respondent shall provide to the Office of Attorney Ethics proof of his full compliance with the *bona fide* office requirement of *Rule* 1:21–1(a); and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.